**NOT FOR PUBLICATION**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mabelline Holsey, | No. CV-16-04078-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| HonorHealth Foundation, et al., | |
| Defendants. | |

Pending before the Court is a Motion to Dismiss Count II of Amended Complaint by Defendant Scottsdale Healthcare Hospitals d/b/a HonorHealth ("HonorHealth") pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted. (Doc. 18). This motion was filed on February 22, 2017. In accordance with LRCiv 7.2(c), Plaintiff's responsive memorandum was due March 8, 2017. Plaintiff did not file such a memorandum and the time to do so has passed. Thus, as LRCiv 7.2(i) permits, the Court is deeming Plaintiff's non-compliance to be a consent to the granting of this motion and summarily disposing of same.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Dismiss Count II of Amended Complaint by Defendant Scottsdale Healthcare Hospitals d/b/a HonorHealth ("HonorHealth") (Doc. 18) is **GRANTED**.

**Dated** this 15th day of March, 2017.

Honorable Diane J. Humetewa
United States District Judge